# Gordon & Schaal, LLP
## Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

May 28, 2010

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614



RE: Mario Tartaglia
Case No: 04-23748
Chapter 7

Dear Sir/Madam:

Enclosed please find a check in the amount of $8.27 made payable to the U.S. Bankruptcy Court regarding the Estate of Tartaglia for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
|---|---|---|---|
| # 1 | Regional Distributors | $ 890.00 | $1.50 |
| 3 | Peter Hobaica, Esq. | 874.37 | 1.47 |
| 4 | Bank of America | 432.00 | .73 |
| 5 | Volkswagen Credit | 720.29 | 1.21 |
| 6 | Wegman's Food | 223.06 | .38 |
| 10 | Bank of America | 87.46 | .15 |
| 12 | Palmer Fish Market | 1,388.15 | 2.34 |
| 14 | Democrat & Chronicle | 292.58 | .49 |

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure